**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Leyva                    Aldo
     (Last)        (First)        (Initial)

Prisoner Number P-63160

Institutional Address Salinas Valley State Prison, A-5-229, P.O. Box 1050, Soledad, Ca. 93960

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Aldo Leyva
(Enter the full name of plaintiff in this action.)

vs.

Scott Kelman individually & in his oficial capacity as director of California Dept. Of Corrections and Rehabillitation
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 1152 SI (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement  Salinas Valley State Prison

   B. Is there a grievance procedure in this institution?

      YES (X)     NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?

      YES (X)     NO ( )

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                                          - 1 -

1. Informal appeal  SVSP-A-07-03031, Partially granted, however, publications were still not allowed per bulletin from Sacramento. Dated 7/03/07

2. First formal level  SVSP-A-07-03031. Appeal response: denied. Dated 8/12/07

3. Second formal level  SVSP-A-07-03031. Appeal response: Denied. Dated 9/12/07

4. Third formal level  SVSP-A-07-03031. Appeal response: Denied. Dated 1/08/08

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Aldo Leyva #P.63160, Salinas Valley State Prison, A-5-229, P.O.BOX 1050, Soledad, Ca. 93960

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                                     - 2 -

1  Scott Kernan in his official position as
2  director of California Dept. of Corrections And
3  Rehabilitation, ~~P.O. Box 942883-0001, Attn: Chief~~
4  ~~of~~ P.O. Box 942883, ~~0001~~, Sacramento, Ca. 94283-0001

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10 On 6/11/07, I recieved a letter from M.I.M Distributors
11 informing me that a magazine titled M.I.M Theory #8 was
12 denied to them by the SVSP Mailroom deemed as a
13 "unauthorized correspondance". I appealed the matter thru
14 the prison grievance procedure. It was partially granted at
15 the informal level, however, it was also noted that per
16 a bulletin from Sacramento MIM Distributors is not a
17 authorized publication and that the publication would
18 not be allowed. I then proceed thru the grievance
19 procedure where I obtained the bulletin from Sacramento
20 stating that MIM is a safety & security risk. I was
21 then denied at all following levels.

22

23 IV.   Relief.
24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 I would like the court to make sure that the
27 prison mailroom allow me to recieve M.I.M Distributor
28 publications and that Mr. Scott Kernan in his official

COMPLAINT                           - 3 -

1  capacity as director of California Dept. Of Corrections
2  And Rehabilitation retract his statewide ban on
3  M.I.M Distributor
4  _____
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this 2/20 day of 2-0 , 20 08
        February
8
9                                  _____
10                                      (Plaintiff's signature)

COMPLAINT                                    - 4 -

E-filing

CV 08 1152 SI (PR)

Mr Clerk,

I am including this short letter along with my complaint forms in order to ask you to please excuse the fact that my complaint is not typewritten. I do not own a typewriter, and the law library is inaccessible due to various lockdowns and modified program situations. I hope this will not be a problem. Thank you.

respectfully submitted,

[signature]



Aldo Leyva # P-63160
Salinas Valley State Prison
A-5-229
P.O. Box 1050
Soledad, Ca. 93960

"Legal Mail"

RECEIVED
FEB 22 2008
RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

STATE PRISON GENERATED

Office of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California 94102

LEGAL MAIL ONLY



