FILED

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Aldo Leyva # P.67160
　　　　　　　　　Plaintiff,

vs.

Mr. Scott Kernan in his individual & official capacity as Director of C.D.C.&R.
　　　　　　　　　Defendant.

CASE NO. CV.08 1152 SI

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Aldo Leyva, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None　　　　　　　　　　　Net: None

Employer: None

_____

APP. TO PROC. IN FORMA PAUPERIS　　　　　- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  last employed by CDCR/IVSP as a American with
5  Disabilities Act, inmate helper
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No X
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No X
12           or royalties?
13      c.   Rent payments?                       Yes ___ No X
14      d.   Pensions, annuities, or              Yes ___ No X
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ___ No X
17           Social Security or other govern-
18           ment source?     No
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____None_____
22  _____
23  3.   Are you married?                          Yes ___ No X
24  Spouse's Full Name: None
25  Spouse's Place of Employment: None
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ None                    Net $ None
28  4.   a.   List amount you contribute to your spouse's support:$ None

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  None

6  

7  5. Do you own or are you buying a home?    Yes ___ No _no_
8  Estimated Market Value: $ _none_    Amount of Mortgage: $ _none_
9  6. Do you own an automobile?    Yes ___ No _X_
10 Make _none_    Year _none_    Model _none_
11 Is it financed? Yes _none_ No _none_ If so, Total due: $ _none_
12 Monthly Payment: $ _none_
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _none_
15 
16 Present balance(s): $ _none_
17 Do you own any cash? Yes ___ No _X_ Amount: $ _none_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _none_
21 8. What are your monthly expenses?
22 Rent: $ _none_    Utilities: _none_
23 Food: $ _none_    Clothing: _none_
24 Charge Accounts:
25 **Name of Account**    **Monthly Payment**    **Total Owed on This Acct.**
26 _none_    $ _none_    $ _none_
27 _none_    $ _none_    $ _none_
28 _none_    $ _none_    $ _none_

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)
_Yes, restitution owed to the State of California_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.
_None_

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.
    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

~~2/20/08~~ 3/17/08          _[signature]_
DATE                              SIGNATURE OF APPLICANT

Case Number: CV 08 1152

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Aldo Leyva__ for the last six months
[prisoner name]
__Salinas Valley State Prison__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____                    _____
                                     [Authorized officer of the institution]

1
2                                          Case Number: _____
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                        IN
11                              PRISONER'S ACCOUNT
12
13         I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of **P63160 Leyva, Aldo** for the last six months
15   at
16   SALINAS VALLEY STATE PRISON          [prisoner name]
     ACCOUNTING DEPARTMENT
     P.O. BOX 1020
17   SOLEDAD, CA 93960-1020              where (s)he is confined.
18         [name of institution]
19         I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ 0      and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ 0       .
22
23   Dated: **3/19/08**                              **L. Macias**
24                                              [Authorized officer of the institution]
25
26
27
28

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/19/08
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       SALINAS VALLEY STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 19, 2008

ACCOUNT NUMBER : P63160                   BED/CELL NUMBER: FAB5T2000000229L
ACCOUNT NAME   : LEYVA, ALDO                   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                             TRUST ACCOUNT SUMMARY

    BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
    BALANCE        DEPOSITS      WITHDRAWALS  BALANCE       BALANCE    TO BE POSTED
    ---------      --------      -----------  -------       -------    ------------
       0.00          0.00           0.00        0.00          0.00         0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 3/18/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias  SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
   0.00
----------



Aldo Leyva #R63160
Salinas Valley State Prison
A-5-229
P.O Box 1050
Soledad, Ca. 93960

Office of The Clerk
U.S. District Court
Northern District Of California
450 Golden Gate Ave
San Francisco, Ca. 94012

Legal Mail