FILED
08 MAR 31 PM 5:04
[CLERK U.S. DISTRICT COURT stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Aldo Leyva

Plaintiff,

vs.

Scott Kernan individually & in his official capacity as director of California Dept. of Corrections and Rehabilitation

Defendant.

CV 08 1152 SI (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Aldo Leyva, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: none    Net: none

Employer: none

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __none_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                              Yes ____ No X
10        self employment
11    b.   Income from stocks, bonds,                        Yes ____ No X
12        or royalties?
13    c.   Rent payments?                                        Yes ____ No X
14    d.   Pensions, annuities, or                               Yes ____ No X
15        life insurance payments?
16    e.   Federal or State welfare payments,            Yes ____ No X
17        Social Security or other govern-
18        ment source?         none

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21        __none_____
22        _____

23 3.   Are you married?                                           Yes ____ No X
24 Spouse's Full Name: __none_____
25 Spouse's Place of Employment: __none_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $____none_____ Net $ __none_____
28 4.   a.   List amount you contribute to your spouse's support:$ __none__

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  none
6  _____

7  5.  Do you own or are you buying a home?   Yes ___  No X
8  Estimated Market Value: $ none    Amount of Mortgage: $ none
9  6.  Do you own an automobile?   Yes ___  No X
10 Make none    Year none    Model none
11 Is it financed? Yes none  No none   If so, Total due: $ none
12 Monthly Payment: $ none
13 7.  Do you have a bank account?  Yes ___  No X  (Do not include account numbers.)
14 Name(s) and address(es) of bank: none
15 _____
16 Present balance(s): $ none
17 Do you own any cash?  Yes ___  No X   Amount: $ none
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No X
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ none    Utilities: none
23 Food: $ none    Clothing: none
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
   |---|---|---|
26 | none | $ none | $ none |
27 | none | $ none | $ none |
28 | none | $ none | $ none |

```
```

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)
Restitution owed to the state of California for current convictions, under 10,000 oils

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.
None
None

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/3/08                    [signature]
DATE                      SIGNATURE OF APPLICANT

1  ALDO LEYVA  P-63160
2  S.V.S.P                                          Case Number: CV 08 1152
3  AJ-229 / PO Box 1050
4  SOLEDAD, CA 93960
5
6
7
8                      **CERTIFICATE OF FUNDS**
9                                  **IN**
10                      **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of __Aldo Leyva_____ for the last six months
                                         [prisoner name]
14  __Salinas Valley State Prison_____ where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
                                         [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Leyva, Aldo  P63160  for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT       [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____  where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__ .

Dated: 3/27/08                    R. Macias
                                  [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/27/08
                                                           PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 27, 2008

ACCOUNT NUMBER  : P63160                    BED/CELL NUMBER: FAB5T2000000229L
ACCOUNT NAME    : LEYVA, ALDO                  ACCOUNT TYPE: I
PRIVILEGE GROUP : B
                            TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT

  DATE        HOLD
  PLACED      CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
  --------    ----     --------------------        ----------      -------------
  03/26/2008  H118     LEGAL COPIES HOLD           2493 LCOPY              0.60

                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT         HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS    BALANCE        BALANCE      TO BE POSTED
  ---------    ---------     -----------    --------       --------     ------------
     0.00         0.00          0.00          0.00           0.60           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SUSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

0.60-

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Abilio Leyva #P63160
Salinas Valley State Prison
A-5-229
P.O. Box 1050
Soledad, Ca. 93960

"Legal Mail"