**FILED**
MAY 0 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 1st, 2008

Dear Deputy Clerk, Mr. Richard W. Wieking,

This Matter concerns civil case # CV 08 1152 SI. On my original complaint which was recieved by you on Feb. 27, 2008. I listed Mr. Scott Kernan, the defendant, as Director of California Dept. Of Corrections. However, I was wrong concerning Mr. Kernan's oficial title. Mr. Scott Kernan's oficial title is actually "Director Of Adult Division" for the California Dept. Of Correction and Rehabilitation.

I would greatly appreciate it if my complaint form would reflect that I am suing Mr. Scott Kernan in his oficial capacity as the <u>Director Of Adult Division</u> for the California Dept. Of Correction as well as in his individual capacity.

I would greatly appreciate your time and assistance with this Matter. Thank you.

Sincerely,
Aldo Leyva # P63160
SVSP
A-5-229
P.O. Box 1050
Soledad, Ca. 93960

Aldo Leyva # P.63160
Salinas Valley State Prison
A-5-229
P.O. BOX. 1050
Soledad. Ca. 93960

**STATE PRISON
GENERATED MAIL**

LEGAL MAIL ONLY

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, Ca. 94102