AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aldo Leyva ) ) ) ) ) Plaintiff ) v. ) Scott Kernan ) ) ) Defendant ) | Civil Action No. CV08-1152 SI (pr) |

**Summons in a Civil Action**

To: Scott Kernan

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Aldo Leyva
P-63160
Salinas Valley State Prison, A-5-229
P.O. Box 1050
Soledad, CA 93960

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: July 23, 2008

**YUMIKO SAITO**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*