IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG -5  AM 10: 55

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALDO LEYVA,INMATE OF SALINAS VALLEY STATE PRISON

PLANTIFF,

V:                                        DECLARATION


SCOTT KERNAN, INDIVIDUALLY AND                ALDO LEYVA
IN HIS OFFICIAL CAPACITY AS DIRECTOR
OF ADULT DIVISION FOR THE CALIFORNIA
DEPARTMENT OF CORRECTIONS AND
REHABILITATION

                                     CIVIL ACTION NO:
            DEFENDANT                C08-1152 SI(PR)

I ALDO LEYVA, HEREBY DECLARE:                    EXHIBIT A (1ST OF 4 PAGES)

ON JUNE 11,2007, I WAS NOTIFIED BY M.I.M DISTRIBUTOR (MAOIST-INTERNATIONAL-MOVEMENT) A COMMUNIST POLITICAL PARTY THAT A MAGAZINE THEY HAD MAILED TO ME TITLED M.I.M THEORY #8 WAS RETURNED TO THEM BY THE SALINAS VALLEY STATE PRISON MAIL ROOM. (SEE EXHIBIT B. LETTER DATED 5/31/07.

HOWEVER, I WAS NEVER NOTIFIED BY THE S.V.S.P MAILROOM OF ANY U.S FIRST CLASS MAIL BEING ADDRESSED TO ME THAT WAS DISALLOWED AS IS REQUIRED BY THE CALIFORNIA CODE OF REGULATIONS, TITLE 15, CRIME PREVENTION AND COLLECTIONS UNDER 3147. DEFINITION AND DISPOSITION OF MAIL,(5)(A)(B).

I THEN PROCEEDED TO BEGIN THE APPEAL PROCESS AS ALLOWED BY THE CALIFORNIA CODE OF REGULATIONS UNDER 3084.1 RIGHT TO APPEAL(A).

ON MY INMATE APPEAL FORM I DUTIFULLY NOTIFIED THE S.V.S.P MAILROOM STAFF OF THE PREVIOUSLY AFOREMENTIONED INFRACTION WHILE ALSO STATING THAT IT'S ACTIONS VIOLATED   CCR 3130,3131,3132.(A)(B).3135(A)(B)(C),3136(B).3138(F)(I)3147(A)(I)(5)(A)(B),AND 3153. (SEE EXHIBIT C INMATE APPEAL FORM)(ALSO SEE EXHIBIT D7)

WHEN MY APPEAL FORM WAS      ANSWERED AND RETURNED TO ME BY THE MAIL ROOM STAFF AT THE INFORMAL LEVEL, IT WAS PARTIALLY GRANTED, HOWEVER, THE MAIL ROOM STAFF THEN WENT ON TO STATE THAT M.I.M DISTRIBUTORS PUBLICATIONS WERE NOT ALLOWED PER A BULLETIN FROM SACRAMENTO AND THAT THE PUBLICATIONS WOULD NOT BE ALLOWED (SEE EXHIBIT C INMATE APPEAL) I THEN WENT ON TO RE-SUBMIT THE APPEAL AT THE FORMAL LEVEL STATING THAT MY ORIGINAL ARGUMENT WAS EXPLANATION ENOUGH WHILE SIMULTANEOUSLY CITING THE DEPARTMENT OPERATIONAL MANUAL UNDER 54010.7 WHICH PROVIDED THE CRITERIA FOR THE DISALLOWING OF THE CORRESPONDENCE, NONE OF WHICH WAS MET BY ANY OF M.I.M DISTRIBUTORS PUBLICATIONS.

HOWEVER, D.O.M 54010.8 PUBLICATIONS CLEARLY STATES WHAT IS CONSIDERED TO BE A PUBLICATION
AND ACCORDING TO D.O.M REQUIREMENTS M.I.M DIST. PUBLICATIONS FALLS INTO THIS CATEGORY. I
I WENT ON TO POINT OUT THAT THE SVSP MAILROOMS ACTIONS WERE ALSO VIOLATING THE D.O.M REQUIRMENTS
UNDER 54010.29 WITHHOLDING MAIL, 54010.5 UNAPROVRED CORRESPONDENCE, AND 54010.6 DISTURBING
OR OFFENSIVE CORRESPONDENTS. I ALSO STATED THAT THE S.V.S.P. MAILROOMS ACTIONS AS WELL AS
SACREEMENTO WAS VIOLATING MY FREEDOM OF SPEECH RIGHTS.(SEE EXHIBIT C & E)

WHEN I RECEIVED MY FORMAL LEVEL REVIEW ANSWERED BY SERGEANT M.R MCBRIDE AND CUSTODY
CAPTAIN K. JONES (SEE EXHIBIT F) IT WAS SGREED THAT PER OPERATIONAL PROCEDURE #2 OF THE
D.O.M UNDER HANDLING AND SCREENING OF PERIODICALS AND PUBLICATION FROM AUTHORIZED VENDORS,
STATES IN PART "ALL INCOMING BOOKS AND MAGAZINES SHALL BE SCREENED PRIOR TO ISSUANCE. A
PUBLICATIONS RECEIVED THRU THE U.S. MAIL FROM A PUBLISHER OR VENDOR MAY BE EXCLUDED WHEN
IT VIOLATES THE CRITERIA SET FORTH IN THIS PROCEDURE OR THE CCR 3006 OR IS UNSOLICITED
ADVERTISEMENT BROCHURE, FLIER, CATALOG. OR HARDBACK COVER, PUBLICATIONS RECEIVED WHICH
APPEAL TO VIOLATE THE ABOVE LISTED CRITERIA WILL BE HELD PENDING APPROVAL/DISAPPROVAL FROM
THE CUSTODY CAPTAIN. IF THE CUSTODY CAPTAIN DETERMINES THAT THE PUBLICATION WILL NOT BE
ALLOWED, THE MAIL ROOM OSS 1 WILL NOTIFY THE INMATE VIA A CDC 1819 NOTIFICATION OF
DISAPPROVED PUBLICATIONS. THE INMATE WILL THEN HAVE 15 DAYS TO RESPOND IN WRITING TO THE
DISAPPROVAL TO SEND THE PUBLICATION TO A DESIGNEE AT THE INMATES EXPENSE OR HAVE THE
PUBLICATION DESTROYED."I WAS THEN SUBSEQUENTLY DENIED.

AFTERWARDS, I RESPONDED AS(SHOWN IN EXHIBIT C & G).

SECOND LEVEL APPEAL RESPONSE WAS ANSWERED BY CHIEF DEPUTY WARDEN G.A NEOTI THE
DEPUTY WARDEN THEN DENIED MY APPEAL CITING CCR 3006,3130,3131,3132 AND U.P #2. MR. NIOTI
DENIED ME ON THE VERY SAME

INDEED ALLOW ME TO RECEIVE M.I.M PUBLICATIONS. (SEE EXHIBITS H    )
MR. NEOTI ALSO REFERS TO THE MEMORANDUM DATED DECEMBER 13, 2006 BY SCOTT
KEINAN DIRECTOR (A) DIVISIONS OF ADULT INSTITUTIONS. (SEE EXHIBIT H).

MR. NEOTI ALSO WENT ON TO STATE AND REFER TO ALL M.I.M LITERATURE
AS CONTRABAND AND THAT IT WOULD BE PROCESSED AS SUCH.

FINALLY, I PURSUED THIS MATTER AT THE THIRD AND FINAL LEVEL OF
THE APPEAL WITH  THE CHIEF OF INMATE APPEALS, N.GIONNIS, THEREBY
EXHAUSTING THE INSTITUTIONAL APPEAL PROCESS (SEE EXHIBIT C AND I) ON MY
FINAL LEVEL OF APPEAL I POINTED OUT THAT MR.SCOTT KEINAN WAS TAKING
WORDS OUT OF THEIR PROPER CONTEXT FROM WITHIN M.I.M LITERATURE IN ORDER
TO PIECE TOGETHER A DOCUMENT THAT WOULD DEED M.I.M DIST. PUBLICATIONS A
SAFETY AND SECURITY TO CDCR.

I WAS THEN DENIED BY N.GIANNIS ON THE GROUNDS OF THE SECOND LEVEL
OF REVIEW IN WHICH THE REVIEWER FOUND THAT A DECEMBER 13, 2006 MEMO
AUTHORIZED BY SCOTT KEINAN DIRECTOR (A) DIVISION OF ADULT INSTITUTIONS
DIRECTED A BAN ON M.I.M PUBLICATIONS BASED ON IT'S ADVOCATING THAT
INMATES COME TOGETHER AS A "REVOLUTIONARY GROUP " FOR THE PURPOSE OF
OVERTURNING PRISON ADMINISTRATIONS BY "STRIPPING THEM OF CONTROL" THIS
DECISION INCORPORATED A REVIEW BY THE DEPARTMENTS OFFICE OF LEGAL
AFFAIRS. SUBSEQUENT TO THIS STATE WIDE BAN ON ALL M.I.M PUBLICATIONS
ARE CONSIDERED CONTRABAND. (SEE EXHIBIT J AND K).

AFTERWARDS I RECEIVED A LETTER FROM M.I.M DISTRIBUTORS DATED
10/21/2007 (SEE EXHIBIT L) IN WHICH M.I.M DISTRIBUTORS PROVIDED ME WITH
OVERBEARING PROOF THAT SCOTT KEINANS MEMO BANNING M.I.M LITERATURE IN
CDCR USED WORDS SUCH AS "REVOLUTIONARY GROUP" AND "STRIPPING THEM OF
CONTROL" OUT OF CONTEXT

I HAVE ALSO SUBMITTED AS EXHIBITS SEVEN SEPARATE DOCUMENTS FROM
M.I.M TITLED EXHIBITS M.N.O.P.Q,R; AS PROOF THAT ILLEGAL CENSORSHIP HAS
TAKEN PLACE AND CONTINUES TO SO AS WELL AS A COPY OF A ENVELOPE
ADDRESSED TO ME BY M.I.M DEEMED UNAUTHORIZED CORRESPONDENT FOR WHICH I
NEVER RECEIVED A 1819 ALSO INCLUDED IS A PROGRAM OF M.I.M TITLED
EXHIBIT IN WHICH M.I.M LAYS OUT ITS BELIEFS AND POLITICAL PARTY LINE.
M.I.M ALSO OPPOSES ALL OPPRESSION POWER OF GROUPS OVER GROUPS INCLUDING
NATIONAL OPPRESSION,CLASS OPPRESSION AND GENDER OPPRESSION AS ALSO
STATED IN ITS PROGRAM AND INTRODUCTORY LETTER FOR WHICH I HAVE NO COPY
OF. M.I.M EXPLICITLY APPOSES AIMED STRUGGLE AT THIS TIME AS IS STATED
IN ITS INTRODUCTORY LETTER.

I DECLARE UNDER THE PENALTY OF
PERJURY THAT THE FORGOING IS
TRUE AND CORRECT. EXECUTED AT  Salinas Valley State Prison
SIGNATURE  _____  7/31/08

CIVIL ACTION NO:

CO8-1152 SI(PR)

EXHIBIT A-DECLARATION COVER PAGE

EXHIBIT A PG#1-DECLARATION

EXHIBIT A PG#2-DECLARATION

EXHIBIT A PG#3-DECLARATION

EXHIBIT A PG#4-DECLARATION

EXHIBIT A PG#5-DECLARATION

EXHIBIT B-LETTER

EXHIBIT C-INMATE APPEAL FORM

EXHIBIT D-INFORMAL LEVEL ATTACHMENT TO APPEAL FORM

EXHIBIT E-FORMAL LEVEL ATTACHMENT TO APPEAL FORM

EXHIBIT F-FIRST LEVEL REVIEW

EXHIBIT G-RESPONSE TO FIRST LEVEL DENIAL

EXHIBIT H-PG1-SECOND LEVEL DENIAL

EXHIBIT H PG#2-ATTACHMENT TO SECOND LEVEL DENIAL

EXHIBIT I-DIRECTORS LEVEL ARGUMENT,ATTACHMENT TO APPEAL FORM

EXHIBIT J-DIRECTORS LEVEL DENIAL

EXHIBIT K-BAN OF M.I.M PUBLICATIONS

EXHIBIT L-LETTER

EXHIBIT M-LETTER

EXHIBIT N-LETTER

EXHIBIT O-LETTER

EXHIBIT P-LETTER

EXHIBIT Q-PHOTO COPY OF DISSALLOWED MAIL

EXHIBIT R-PROGRAM OF M.I.M

MT14

Aldo Leyva #P63160
A-5-109
PO Box 1050
Soledad, CA 93960

May 31, 2007

Greetings,

Our recent letter to you letting you know we had sent the MT was returned to us as "unauthorized correspondence". Did you get notification of this rejection? Either way, can you initiate the 602 process? We can send you a copy of the envelop if that would be helpful. We're also going to send another MT to see what's going on - hopefully it will get in. MT14 will arrive separately if it gets in.

In struggle,

M

(Exhibit C)

AREA OF ORIGIN A5
DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
1. SVSP-A    07-03031    3
2. _____    2. _____    DA-DA - ___ 21^A

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.    disallowed mail  disallowed mag.  MIM

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Leyva, Aldo | P63160 | None | A-5-242 |

A. Describe Problem: On 6/11/07, I recieved a letter from MIM Distributors, letting Me know that a magazine titled MIM Theory #8 was returned to them by the SVSP mailroom. This magazine was deemed as "unauthorized correspondance". There was nothing pornographic, nor was there anything in this magazine which could be deemed as a safety and security issue to this institution. I was also never duly notified by SVSP mailroom staff as to why said magazine was returned to sender or was I even given a choice as to how the magazine should of been disposed of. I attempted to contact SVSP mailroom

RECD JUN 2 5 2007

If you need more space, attach one additional sheet.

B. Action Requested: 1.) I would like to know why my magazine was disallowed? 2.) I would like to know who authorized disallowment of magazine, and who was responsible? 3.) I would like assurance that this gross abuse of power will not re-occur.

Inmate/Parolee Signature: Aldo L    P63160    Date Submitted: 6/24/07

C. INFORMAL LEVEL (Date Received: 07-03-07 )

Staff Response: P. Granted. Per ~~data data~~ bulletin from Sacramento MIMS is not an authorized publication. Publication will not be allowed.

Staff Signature: _____    Date Returned to Inmate: 7/9/07    Returned to MC

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am re-submitting this for the first level. My original argument is sufficient explanation, furthermore per D.O.M. 54010.7, Disallowance Correspondence, provides criteria for the disallowment of mail none of which was met by M.I.M. However 54010.18 Publications clearly states that is a publication, M.I.M is a publication according to

Signature: Aldo L    #P63160    RECEIVED JUL 1 0 2007    Date Submitted: 7/9/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

OCT -9 2007

INMATE APPEALS
BRANCH

First Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 7-12-07    Due Date: 8-2-07

Interviewed by: Sgt. McBride, on 8.12.07.

_Se attachment._

_See Attachment 7._

Staff Signature: _____    Title: SGT.    Date Completed: 8-12-07

Division Head Approved: Capt K    Returned

Signature: Capt K    Title: Capt.    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.    RET'D AUG 20 2007

See attachment dated 8/26/07

REC'D AUG 22 2007

Signature: _____ PGJ160    Date Submitted: 8/21/07

Second Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 8.29.07    Due Date: 9.20.07

☐ See Attached Letter

DELIVERED SEP 24 2007

Signature: _____ 9/13/07    Date Completed: 9/12/07

Warden/Superintendent Signature: @ CDCR(A)    Date Returned to Inmate: 9/18/07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

My previous arguments are explanation enough. M. Kernan is employing the tactics of taking words out of their proper context from M.I.M. publications in order to piece together a so called document that would be deemed a safety and security risk to CDCR institutions. Never has M.I.M. told us or advised us to come together on a revolutionary group to ship prison administrations of their control. Collectively, if any, and

Signature: _____    Date Submitted: 9/20/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____
☐ See Attached Letter    JAN 0 8 2008

CDC 602 (12/87)

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

SEP 1 4 2007

Date: _____
1ST LVL ☐    2ND LVL ☐

Informal level

A-5-242    [Exhibit D.]

staff, however up to this date I have still not recieved a response.
JVSP mailroom staff violated Title 15 Rules & Regulations: 3130., 3131, 3132 (a)(b)
3135 (a)(b)(c), 3136 (K), 3138 (f)(1) 3147 (a)(1)(5)(A)(c) 3152

D.O.M. requirements. NVVP mailroom also violated D.O.M 54010.29.1 Withholding Mail, 54010.5 Unapproved Correspondance, 54010.6 Disturbing of Offensive Correspondance. ~~Also, since the~~ Just because Sacramento puts out a memo or bulletin on what ~~someones~~ personal opinion of what is considered to be unauthorized correspondance, does not make it right. For certain articles or publications to be deemed as unauthorized correspondance said publications must clearly fall under D.O.M guidelines as far as what is unallowable. To do otherwise is to flaggrantly violate my freedom of speech and freedom of expression rights and laws as clearly indicated in the U.S. Bill Of Rights. I seek to have any and all mail, publications and articles from M.I.M delivered to me per D.O.M 54010.1 Policy, Article 41. I also wish to request ~~of~~ a copy of the bulletin from Sacramento concerning the disapproval of M.I.M distributions. I believe I have the right to have a copy of this bulletin since it is having a adverse effect on me, then I should be able to know exactly why I am being denied my M.I.M publications. Thank you.

Respectfully
[signature]

California Department of Corrections and Rehabilitation                                    Salinas Valley State Prison

# A P P E A L   -   F I R S T   L E V E L   R E V I E W  (Exhibit F)

**DATE:**  AUG 12, 2007

**NAME:**     LEYVA    CDC #      P-63160

**APPEAL #:**  APPEAL LOG #SVSP-A-07-03031

**APPEAL DECISION:** Denied

> SVSP INMATE APPEALS OFFICE
> RECEIVED COMPLETED RESPONSE ON
>
> AUG 1 4 2007
>
> 1ST LVL ☒    2ND LVL ☐

**SUMMARY OF APPEAL:** Appellant states that he is not receiving his subscription to MIMS Magazine.

The appellant is requesting that he receive his missing Magazine (MIMS Theory #8).The Appellant claims that the Magazine has nothing pornographic in the Magazine, nor does the Magazine pose any type of Safety or Security to the Institution. The Appellant is requesting the immediate re-issuance of the Magazine.

**SUMMARY OF INVESTIGATION:**  The appellant was interviewed on August 12, 2007 by Correctional Sergeant M. R. McBride. During this interview, the appellant stated that he never received a (1819) form Notification of Disapproval Disallowed Publications. However, Inmate Leyva was notified by the distributor of MIMS Magazine that the magazine was sent back to them. He was informed by S.V.S.P, that the magazine was deemed unauthorized correspondence according to Operational Procedure #2. The following is a summary of Operational Procedure #2:

Per Operational Procedure #2, under section Handling and Screening of Periodicals and Publications from Authorized Vendors, states in part; "All incoming books and magazines shall be screened prior to issuance. A publication received through the U. S. mail from a publisher or vendor may be excluded when it violates the criteria set forth in this procedure, or the CCR 3006, or is unsolicited advertisement, brochure, flier, catalog or hard back cover.  Publications received, which appear to violate the above listed criteria, will be held pending approval/disapproval from the Custody Captain.  If the Custody Captain determines that the publication will not be allowed, the Mailroom OSS 1 will notify the inmate via a CDC 1819 Notification of Disapproval-Publications.  The inmate will have 15 days to respond in writing, to the disapproval to send the publication to a designee at the inmate's expense or have the publication destroyed."

The mailroom receives many different kinds of publications daily and does not have a tracking system for regular First Class Mail.  The publications are mailed to the Facilities upon arrival.  There is no reason why the mailroom would not mail the appellant his publications.  The mailroom records note that the appellant has no CDC 1819's Notification of Disapproval-Publications for any of his publications.  It is recommended that the appellant write to the publishers to determine the disposition of the publications.

**APPEAL RESPONSE:** DENIED

If you are dissatisfied with this decision, you may appeal to the Second Level by following the instructions on your appeal form.

M. R. McBride
Correctional Sergeant
Salinas Valley State Prison

K. Jones
Custody Captain
Salinas Valley State Prison

(Exhibit G.)

Response to first level denial
8/20/07

M.I.M political material does not promote any type of gang activity, ethnic violence or hate based on racial orientation. The Maoist Internationalist Movement is an unincorporated association which publishes and distributes MIM Notes a bi-monthly newsletter and MIM Theory a political theoretical journal as well as other similar materials. MIM identifies itself as upholding the revolutionary communist ideology of Marxism-Leninism-Maoism. It advocates an end to oppression of all groups over other groups including for example an end to racism, poverty and the oppression of women. While MIM certainly writes about and analyzes the issue of violence against groups and individuals, it is not of character tending to incite. M.I.M specifically disavows violence in prison. If prisoners are allowed to watch television news and read U.S.A Today and The Los Angeles Times, all of which write about and portray violence against individuals and groups we should also be allowed to read MIM reading materials. MIM advocates eventual violence to achieve communist revolution, however, MIM explicitly says that now is not the time for prison violence and they discourage it in the strongest possible terms. The presence of this type of publication within a correctional facility does not create safety and security risks or an atmosphere that is not conducive to the rehabilitation mission of CDCR. The U.S. supreme Court has clearly recognized that prisoners retain First Amendment rights. Even with limitations on prisoners first Amend rights, the courts still recognize that outside publishers have first Amend rights to communicate with prisoners through their publications. Journalists also retain first Amend rights to communicate with prisoners for the purpose of access to information to publish prison conditions. The overly broad and vague scope of CCR 3006 has resulted in a wide pattern of policy inconsistent with arbitrary censorship since at least in my case before 6/11/07 through the present, that has and ~~will continue to do so~~ will continue to pose no threat to the institutional safety & security, without adequate procedural mechanisms in place to satisfy due process in violation of 1st and 14th Amend rights of inmates and publishers. CCR 3006 is

→

overbroad, vague and ambiguous of in violation of the 1st Amend. of the U.S Constitution and its procedural due process rights provision violates my 14th Amend procedural due process rights to notice and opportunity to be heard. Pursuant to CDCR has engaged and continues to do so in a policy custom pattern and practice of arbitrarily and capriciously censoring reading materials, including magazines newsletters and books. To censor M.I.M would mean to also censor the U.S. Declaration of Independance.

Enclosed

See Procunier v Martinez 94 S.Ct 1800, 416 U.S 396 [US Cal. 1974]
See Turner v Safley 107 S.C.T 2254, 482 U.S 78, [U.S. Mo 1987]


Enclosed are four sepriate documents
1. Copy of return to sender "unauthorized correspondance" envelope
   Proof of incident
2. Program of MIM
3. Copy of letter from M.I.M dated 5/31/07
4. Copy of letter from M.IM dated 7/21/07, proof that disallowment of MIM lit. continues and I have still not recieved 1819 at all, proof of due process violation.

State of California                                                Department of Corrections and Rehabilitation

# **Memorandum**

Date: September 12, 2007

To:   Inmate LEYVA, P-63160
      Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-07-03031

### **ISSUE**:

Appellant claims he is not receiving his subscription to MIM Magazine. Appellant claims he never received a CDCR 1819 Notification of Disapproval-Publications for the disapproved magazines.

Appellant requests on appeal that he be allowed to receive his MIM magazines, to include the past issues that were denied by the SVSP mailroom.

### **REGULATIONS**:

CCR 3006 Contraband
CCR 3130 General Policy
CCR 3131 Plan of Operation
CCR 3132 Responsibility and Compliance
SVSP OP #2 Inmate Mail

### **SUMMARY OF INVESTIGATION**:

The appellant was interviewed by Correctional Sergeant M.R. McBride. The First Level of Review (FLR) was completed on August 12, 2007. G.R. Salazar, Correctional Lieutenant, was assigned to investigate this appeal at the Second Level of Review. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

Per Operational Procedure #2, under section Handling and Screening of Periodicals and Publications from authorized vendors states in part; "All incoming books and magazines shall be screened prior to issuance. A publication received through the U.S. mail from a publisher or vendor may be excluded when it violates the criteria set forth in this procedure, or the CCR section 3006, or is unsolicited advertisement brochure, flier, catalog or hard back cover.

Per memorandum dated December 13, 2006, by Scott Kernan, Director (A), Divisions of Adult Institutions, states that all MIM literature is contraband and will be processed as such. (See attached copy of memorandum).

**Inmate LEYVA, P-63160**
**Case No. SVSP-A-07-03031**
**Page 2**

The memorandum states in part; "Through it's publications, the MIM advocates that the inmates come together as a "Revolutionary group" for the purpose of imposing their idea of prison reform.   Among other similarly inflammatory language, the MIM literature advocates seizing public power through armed struggle and overturning prison administrators "by stripping them of control."  The presence of this type of publication within a correctional facility clearly creates safety and security risks and an atmosphere that is not conducive to the rehabilitative mission of the CDCR."

The Salinas Valley State Prison (SVSP) Mailroom upon receipt of any MIM correspondence does not process the correspondence.  The correspondence is returned to sender, therefore not requiring a CDCR 1819, Notification of Disapproval-Publication.

**DECISION**:  The appeal is DENIED.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

G. A. NEOTTI
Chief Deputy Warden
Salinas Valley State Prison

level, argument

9/28/07

all U.S. mail is sent to me thru the U.S. post office, a federal institution, then I have the right of being notified thru the institutions mail room that mail was delivered to me. Now it the institutions refuse to deliver my mail to me then it must notify me that I have mail and that it will not be given to me for whatever ~~reason~~ legitimate reason stated. I should also be able to review the issue of mail that is being denied to me. If there is for example, one sentence of one page that is a legitimate safety and security risk then only that small portion of the publication should be banned and not the publication as a whole. Also there is no such thing as authorized vendors. Please see attached 602 concerning publication vendors.

respectfully submitted,

[signature]

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:   **JAN 0 8** 2008

In re:   Aldo Leyva, P63160
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

IAB Case No.: 0710579          Local Log No.: SVSP-07-03031

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner L. Warren, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that the mailroom at Salinas Valley State Prison (SVSP) disallowed his magazine, MIM Theory #8, by returning it to the publisher. The appellant states that the magazine is not pornographic nor is there anything in it that could be considered a threat to the safety and security of the institution.   He alleges that he did not receive a Notice of Disapproval-Publication. The appellant is requesting that he be allowed his magazine and to know who was responsible for the policy disallowing it.

**II   SECOND LEVEL'S DECISION:** The reviewer found that a December 13, 2006 memo authorized by Scott Kernan, Director (A), Division of Adult Institutions, directed a ban on MIM publications based on its advocating that inmates come together as a revolutionary group for the purposes of overturning prison administrations "by stripping them of control." This decision incorporated a review of the MIM publications by the department's Office of Legal Affairs. Subsequent to this statewide ban, all MIM publications are considered contraband. Based on the SVSP Operational Procedure#2, all MIM correspondence is returned to the sender and a Notification of Disapproval-Publication is not forwarded to the inmate.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.   FINDINGS:** The Director's Level of Review (DLR) reviewed the appellant's issues and reaffirms the institution's examination and conclusions as addressed within the Second Level of Review. There is no cause to intervene at the DLR.   The institution denied this appeal based on the administrative memorandum banning MIM publications. The appellant has failed to present compelling evidence that the SVSP mailroom is not in compliance with departmental policy or with institutional operating procedures.

**B.   BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3006, 3130, 3131, 3132

**C.   ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, SVSP
Appeals Coordinator, SVSP

Exhibit K

State of California

# Memorandum

Date  :  December 13, 2006

To    :  Wardens

Attn: CDW
       AWs
       Mailroom
       Cost Capt

Conduct training for
cell staff.

Department of Corrections and Rehabilitation

12/13/06

Subject:  **BAN OF MAOIST INTERNATIONAL MOVEMENT PUBLICATIONS**

Recently an analysis of the Maoist International Movement (MIM) publication MIM Notes was conducted. Based on the permeating words, symbols, and themes of civil disobedience and violent overthrow of authority, I am directing an immediate ban on the receipt, possession, or distribution of literature/publications from the MIM to or by inmates in the custody of the California Department of Corrections and Rehabilitation (CDCR).

Through its publications, the MIM advocates that inmates come together as a "Revolutionary group" for the purposes of imposing their idea of prison reform. Among other similarly inflammatory language, the MIM literature advocates seizing public power through armed struggle and overturning prison administrations "by stripping them of control." The presence of this type of publication within a correctional facility clearly creates safety and security risks and an atmosphere that is not conducive to the rehabilitative mission of the CDCR.

The CDCR Office of Legal Affairs (OLA) has reviewed publications from MIM and assessed the validity of a ban of those publications. The determination from the OLA is that the ban of this material is consistent with the California Code of Regulations, Title 15 and current case law.

Please ensure your institutional staff are instructed to regard MIM Notes and all other MIM literature as contraband. All confiscated MIM literature is to be processed in accordance with existing departmental regulations.

SCOTT KERNAN
Director (A)
Division of Adult Institutions

cc: Dave Runnels
    Rick Rimmer
    Brian Snyder

' CDC 1817 (3/99)

Aldo Leyva #P63160
A-5-229
PO Box 1050
Soledad, CA 93960

October 21, 2007


Revolutionary greetings,

We got your recent letter (10/14). Thanks for the info on the other relevant case. One
point we would make about context of the MIM quotes: MIM states explicitly that we do
not encourage armed struggle at this point in Amerikan history, nor do we encourage
prisoners to participate in violence. Our introductory letter states: Note to prisoners and to
mailroom staff -- MIM and its publications explicitly oppose the use of armed struggle at
this time in the imperialist countries (including the united states). Our current battles in
the united states are legal ones. We encourage prisoners to join these battles while
explicitly discouraging them from engaging in any violence or illegal acts, as such acts
would hamper their contributions to the legal struggle.

You asked for context on the CDC's quotes for censoring MIM. In the general letter they
issued on Dec 13, 2006, they start by quoting that MIM is a "revolutionary group."
Obviously that in and of itself should not be a problem. They go on to state that "MIM
literature advocates seizing public power through armed struggle and overturning prison
administrations 'by stripping them of control.'"

It is not clear where they got that quote. In fact, in a search of the entire MIM website,
which contains most issues of MIM notes and a ton of other MIM theory material, only
one instance was found with these words and it is from MIM Notes 83 in 1993:
```
Amerika justifies the proliferation of Control Units across
the country with the myth of incarcerating the "worst of the
worst."(7) The targets of the concentration camps are
transferred because of their political beliefs and most
Control Units are 85% black.(3) The Supermax Units serve the
interests of the capitalist class and the only way to stop
the massive torture is to build a vanguard party inside and
the outside the walls of the prison system. The genocidal
fanatics do not stop when we protest, they do not stop when
we petition, they do not stop when prisoners die, they must
be stopped by stripping them of control!
```
Unlikely that is what the CDCR was referencing. So we're not entirely sure what more to
offer you here.

In struggle,

MIM

Aldo Leyva #
A-5-242
PO Box 1050
Soledad, CA 93960

July 21, 2007

Greetings,

Got your recent 3 letters. Glad that copy got through. Having a lot of problems with letters going ther . Enclosed is the memo banning us in prisons - you don't need to get a copy from the admistrators there since we've already got it. Ultimately it is this memo that we need to challenge but unfortunately we don't have the legal resources on the outside to take this on and we haven't found anyone to help yet. So we're counting on challenges from within.

Glad to hear you are still studying MTs. We still haven't got the ones we sent you returned, not sure where they ended up. We also recently did a MN mailing. Let us know if that gets in.

In struggle,

M

Aldo Leyva #P63160
A-5-229
PO Box 1050
Soledad, CA 93960

August 26, 2007

Greetings,

We got your recent letter. Glad to hear those MNs got through, even if it's only getting in sometimes. That's much better than some other places in the state. We're glad you are seeing this appeal through the levels. You mentioned contacting everyone who might help out. Here is a name that you might not yet have tried:

Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)

Rosen, Bien & Galvan, LLP has a unique practice blending public interest and private sector litigation. The firm specializes in complex trial and appellate litigation in federal and state courts in the areas of civil rights and liberties, First Amendment, employment, environmental, attorneys' fees, and consumer litigation as well as commercial litigation in the areas of contract, business tort, antitrust, trade secrets, intellectual property, real estate and unfair trade practices.

They led up a lawsuit to end censorship of the Bayview newspaper in California prisons (Bayview is an alternative pub targeting Black liberation stories and issues, produced out of San Francisco.) Seems like they could be a good firm to hook in. We have not yet contacted them directly, and part of the reason for that is we need people to exhaust administrative reviews before this becomes a lawsuit. You are the closest to doing that, and among the most responsible and knowledgeable about it. So it would be good for you to reach out to them.

In struggle,

MIM

Aldo Leyva #P63160
A-5-229
PO Box 1050
Soledad, CA 93960

October 11, 2007

Revolutionary greetings,

Thanks for sending your censorship appeal documentation. You asked about the envelope
that was returned and whether it was opened. I'm pretty sure it was opened and then taped
closed but can't say for sure. Too many prisons censoring too much lit, so once we scan
in the evidence we are not able to track the envelopes. Your prison is now returning
envelopes unopened that contain letters - so they certainly don't claim this has to do with
the content of the envelop. If we want to test this again at any point we can always send
you more literature and be pretty sure they will again reject it.

In struggle,

William

P.S. My letter to you was returned with no reason noted
"return to sender" after it was opened +
resealed. Trying to send again.

Aldo Leyva #P63160
A-5-229
PO Box 1050
Soledad, CA 93960

November 18, 2007

Greetings,

We got your recent letters. You asked why no response from us to the stuff you sent - we actually did send you a letter on 10/22 but it was returned (censored). Looks like our letters to you are being censored in general so we're not even sure if this will get in to you. If they prison didn't notify you of the rejection of our letter, that is a violation of their policy and you should appeal this.

You mentioned that the Department of Justice might be able to take up a larger problem. But while there are lots of people currently appealing the MIM censorship, we don't have anyone organizing a class action lawsuit. What do you think will be required to get the DOJ on board?

Thanks for the info on where people can get the Jailhouse Layers Handbook for free. That's quite useful.

In struggle,

MIM

PO Box 40799
SF, CA 94140

RETURN TO SENDER
___ Out To Court
___ Paroled
☒ Unauthorized Correspondence

Aldo Leyva #P6 3160

SAN FRANCISCO CA 951
25 MAY 20

UNITED STATES POSTAGE

$ 00.39⁰

02 1A
0004397456
MAILED FROM ZIP CODE 93960

MAY 11 2007

# Program of the Maoist Internationalist Movement

*October 1995*

## What we want - What we beleive

1. **We want communism.** We believe that anyone who opposes all oppression—power of groups over groups—is a communist. This includes opposition to national oppression, class oppression and gender oppression.

2. **We want socialism.** We believe that socialism is the path to communism. We believe that the current dictatorship of the bourgeoisie oppresses the world's majority. We believe that socialism—the dictatorship of the proletariat and peasantry—is a necessary step towards a world without inequality or dictatorship—a communist world. We uphold the USSR under Lenin and Stalin (1917-1953) and China under Mao (1949-1976) as models in this regard.

3. **We want revolutionary armed struggle.** We believe that the oppressors will not give up their power without a fight. Ending oppression is only possible by building public opinion to seize power through armed struggle. We believe, however, that armed struggle in the imperialist countries is a serious strategic mistake until the bourgeoisie becomes really helpless. Revolution will become a reality for North America as the U.S. military becomes over-extended in the govern-

First edition, July 1991. Editors: MC0 & MC17
Second edition, September 1995. Edited by MIM & Produced by a RAIL comrade
Cover art by New York Friend



What is MIM?

The Maoist Internationalist Movement (MIM) is a revolutionary, communist party, that upholds Marxism-Leninism-Maoism. MIM is an internationalist organization that works from the vantage point of the Third World proletariat; thus, its members are not Amerikans, but world citizens.

MIM struggles to end the oppression of all groups over groups: classes, genders, nations. MIM knows this is only possible by building public opinion to seize power through armed struggle.

Revolution is a reality for the United States as the military becomes over extended in the government's attempt to maintain world hegemony.

MIM differs from other communist parties on three main questions. (1) MIM holds that after the proletariat seizes power in the socialist revolution the potential exists for capitalist restoration under the leadership of a new bourgeoisie within the communist party itself. In the case of the USSR, the bourgeoisie seized power after the death of Stalin in 1953; in China, it was after Mao's death and the overthrow of the "Gang of Four" in 1976. (2) MIM upholds the Chinese Cultural Revolution as the farthest advance of communism in human history. (3) MIM believes the North American working class is primarily a non-revolutionary worker-elite at this time; thus, it is not the principal vehicle to advance Maoism in this country.

MIM accepts people as members who agree on these basic principles and accept democratic centralism, the system of majority rule, on other questions of party line.

The theory of Marx, Engels, Lenin and Stalin is universally applicable. We should regard it not as a dogma, but as a guide to action. Studying it is not merely a matter of learning terms and phrases but of learning Marxism-Leninism as the science of revolution.

— Mao Zedong, Selected Works, Vol. II, p. 208

ment's attempts to maintain world hegemony.

"We are advocates of the abolition of war, we do not want war; but war can only be abolished through war, and in order to get rid of the gun it is necessary to take up the gun." —Mao Zedong

4. **We want organization.** We believe that democratic-centralism, the system of unified application of majority decisions, is necessary to defeat the oppressors. This system includes organization, leadership, discipline and hierarchy. The oppressors use these weapons, and we should too. By building a disciplined revolutionary communist vanguard party, we follow in the tradition of comrades Lenin, Mao and Huey Newton.

5. **We want independent institutions of and for the oppressed.** We believe that the oppressed need independent media to build public opinion for socialist revolution. We believe that the oppressed need independent institutions to provide land, bread, housing, education, medical care, clothing, justice and peace. We believe that the best independent institution of all is a self-reliant socialist government.

6. **We want continuous revolution.** We believe that class struggle continues under socialism. We believe that under socialism, the danger exists for a new bourgeoisie to arise within the communist party itself. We believe that these new oppressors will restore capitalism unless they are stopped. We believe that the bourgeoisie seized power in the USSR after the death of Stalin in 1953; in China it was after Mao's death and the overthrow of the "Gang of Four" in 1976. We believe that China's Great Proletarian Cultural Revolution (1966-1976) is the farthest advance towards communism in human history, because it mobilized millions of people against the restoration of capitalism.

7. **We want a united front against imperialism.** We believe that the imperialists are currently waging a hot war—a World War III—against the world's oppressed nations, including the U.S. empire's internal colonies. We seek to unite all who can be united under proletarian and feminist leadership against imperialism, capitalism and patriarchy.

We believe that the imperialist-country working classes are primarily a pro-imperialist labor aristocracy at this time. Likewise, we believe that the biological-women of the imperialist countries are primarily a gender aristocracy. Thus, while we recruit individuals from these and other reactionary groups to work against their class, national and gender interests, we do not seek strategic unity with these groups. In fact, we believe that the imperialist-country working-classes and imperialist-country biological-women, like the bourgeoisies and petit-bourgeoisies, owe reparations to the international proletariat and peasantry. As such, one of the first strategic steps MIM will take upon winning state power will be to open the borders.

We believe that socialism in the imperialist countries will require the dictatorship of the *international* proletariat and that the imperialist-country working-classes will need to be on the receiving end of this dictatorship.

8. **We want New Democracy for the oppressed nations.** We want power for the oppressed nations to determine their destinies.

We believe that oppressed people will not be free until they are able to determine their destinies. We look forward to the day when oppressed people will live without imperialist police terror and will learn to speak their mind without fear of the consequences from the oppressor. When this day comes, meaningful plebiscites can be held in which the peoples will decide for themselves if they want their own separate nation-states or some other arrangement.

9. **We want world revolution.** We believe it is our duty to support Marxism-Leninism-Maoism everywhere, though our principal task is to build public opinion and independent institutions in preparation for Maoist revolution in North America. The imperialists think and act globally—we must do the same.

10. **We want politics in command.** We believe that correct tactics flow from correct strategies, which flow from a correct ideological and political line. We believe that the fight against imperialism, capitalism and patriarchy goes hand-in-hand with the fight against revisionism, chauvinism, and opportunism.

"The correctness or otherwise of the ideological and political line decides everything. When the Party's line is correct, then everything will come its way. If it has no followers, then it can have followers; if it has no guns, then it can have guns; if it has no political power, then it can have political power." —Mao Zedong ★

Aldo Leyva #P63160
A-5-229
PO Box 1050
Soledad, CA 93960

July 13, 2008

Rev. Greetings,

Got your July 8 letter. By now you have probably received notification of censorship of
the MIM Theory 5 we sent you. We were hoping to get you studying some more theory
but it looks like the prison is not going to allow that. Nonetheless, we think you can learn
a lot and be quite helpful with responding to some of the material from others, so we're
going to get you started with that. The first thing we're sending (separately) is an article
that someone wrote on the word "Warrior". At first glance we see a few problems with
this article - it seems to be really stuck in thinking about soldiers as only what the U.$.
creates, but there were soldiers in the red army in China and Russia and so there's no
clear reason to make this change in terminology in the way that he suggests we need.
We're hoping you can engage him in deeper thinking about his essay as he is also
working with others and they may all benefit from another perspective.

In struggle,

MIM(Prisons)



Aldo [illegible]
Salinas Valley [illegible]
A-5-229
P.O. Box. 1050
Soledad, Ca. 93960

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

RECEIVED

AUG 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SV

STATE PRISON
GENERATED MAIL

LEGAL MAIL ONLY

USA FIRST-CLASS FOREVER



C/V GARCIA 7/31/02

RECEIVED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED