1  ALDO LEYVA
   (Name)
2  P.63160   A-5-229
   (CDC#)    (Cell)

FILED
08 AUG 11 AM 8:16
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  In Pro Se

10 ALDO LEYVA,                        CASE NUMBER: C 08-1152 JI (PR)
11         Petitioner,
                                      MOTION AND DECLARATION FOR
12    vs.                             APPOINTMENT OF COUNSEL

15         Defendant(s).

17 SCOTT KERMAN

18    COMES NOW, Petitioner ALDO LEYVA, who respectfully moves this
19 Honorable Court for an order appointing counsel at public expense pursuant to 28 U.S.C., section 1915(d); 18
20 U.S.C., section 3006A.
21 [X]   Counsel should be appointed because the issues in this case are particularly complex. Dillon v. United
22 States, (9th Cir. 1962) 307 F.2d 445; Hawkins v. Bennet. (1970) 423 F.2d 948  These issues are set forth as
23 follows: PETIONER IS IGNORANT OF THE LAW. PETIONER
24 FINDS IT INCREASINGLY DIFICULT TO DO THE PROPER
25 RESEARCH REQUIRED TO KEEP THIS CIVIL ACTION
26 MOVING TO THE SATISFACTION OF THE COURT, AND PETIONER
27 WILL MOST LIKELY HAVE CIVIL ACTION DISMISSED

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

1 | DUE TO IGNORANCE OF THE LAW AND INCOMPETENCY.
2 | INSUFFICIENT ACCESS TO LAW LIBRARY
3 | [ ]   Counsel should be appointed because Petitioner is: [ ] Illiterate [ ] Suffers from a mental disability and
4 | is unable to proceed alone. Kreiling v. Field, (9th Cir. 1970) 431 F.2d 638
5 | [X]   Counsel should be appointed because this Court has granted Petitioner leave to use discovery before the
6 | hearing, and counsel is needed to allow Petitioner to make use of those discovery rights. Habeas Rule 6(a)
7 | [ ]   Counsel should be appointed because an evidentiary hearing has been set by this Court. Habeas Rule
8 | 8(c).
9 | [X]   Counsel should also be appointed for the following reason(s):
10 | PETITIONER HAS TRIED TO REQUEST LEGAL REPRESENT-
11 | ATION OUTSIDE OF THE JURISDICTION OF THIS
12 | COURT TO NO AVAIL. (SEE ATTACHED DOCUMENT)
13 |
14 |
15 |    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was
16 | executed at   SALINAS VALLEY STATE PRISON , on         8/3/08
17 |                                         Respectfully submitted,
18 |                                         [signature]
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

**U.S. Department of Justice**

Civil Rights Division

168-11-0/275123

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

October 31, 2007

Aldo Leyua
P63160
Salinas Valley State Prison
PO Box 1050
Soledad, CA  93960

Dear Mr. Leyua:

    Thank you for your correspondence.  Under the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997, the Special Litigation Section of the United States Department of Justice has authority to investigate complaints concerning conditions in state or locally-operated institutions.  These institutions include, but are not limited to prisons, jails, mental retardation/developmental disability facilities, juvenile facilities, mental health, and publicly-operated nursing homes.  When a systemic "pattern or practice" of the deprivation of constitutional or statutory rights is determined to exist, we have the authority to initiate civil action in the name of the United States against state or local officials to remedy such conditions.

    The Section's authority does not extend to investigating the personal grievances of a single individual.  Moreover, the Section is not authorized to represent individual citizens in legal matters or to give them legal advice.  Therefore, we are unable to provide you with legal opinions or assistance with personal lawsuits or legal matters.  However, if you wish to pursue this matter further, you might consider contacting a private attorney or a legal services lawyer.  This individual may assist you in determining what, if any, remedies may be available to you.

    We will consider your letter carefully along with other information we may receive to determine whether a pattern or practice investigation is warranted.  If you have additional details that you believe may be relevant to our review, we would appreciate it if you would forward that information to us.

We hope this information is useful. For additional information, you may want to review our website:

http://www.usdoj.gov/crt/split/index.html

Sincerely,

*Delante Wade*

Delante Wade
Special Litigation Section
Civil Rights Division

Aldo Leyva #P67160
Salinas Valley State Prison
A-5-229
P.O. BOX 1050
Soledad, Ca. 93960

STATE PRISON
GENERATED MAIL

LEGAL MAIL ONLY

SAN JOSE CA 951
04 AUG 2008 PM 5

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate, Ca. 94102