**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO LEYVA, | No. C 08-1152 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| SCOTT KERNAN, individually and in his official capacity as Director Of Adult Division For The California Department Of Corrections And Rehabilitation, | |
| Defendant. | |

Defendants filed an <u>ex parte</u> request for a sixty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Erin Sullivan, the court GRANTS the request. (Docket # 15.)

The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **December 12, 2008**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 16, 2009**. Defendants must file and serve their reply brief, if any, no later than **February 6, 2009**.

IT IS SO ORDERED.

Dated: October 10, 2008

_____
SUSAN ILLSTON
United States District Judge