IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO LEYVA,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, individually and in his official capacity as Director of Adult Division for the California Department of Corrections and Rehabilitation,<br><br>    Defendant.                    / | No. C 08-1152 SI (pr)<br><br>**JUDGMENT** |

Judgment is entered in favor of defendant and against plaintiff..

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 29, 2009

                                                                          _____
                                                                          SUSAN ILLSTON
                                                                           United States District Judge